FILED

07/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0310

STATE OF MONTANA,

Plaintiff and Appellee,

v.

Samuel Huffines,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 23, 2023, to prepare, file, and serve the Appellant's opening brief.

# CERTIFICATE OF SERVICE

I, Chad M. Wright, hereby certify that I have served true and accurate copies of the foregoing Motion - Unopposed to the following on 07-17-2023:

Audrey S. Cromwell (Govt Attorney)
1709 W. College St.
Ste 200
Bozeman MT 59715
Representing: State of Montana
Service Method: eService

Austin Miles Knudsen (Govt Attorney)
215 N. Sanders
Helena MT 59620
Representing: State of Montana
Service Method: eService

Electronically signed by Stefanie Moore on behalf of Chad M. Wright
Dated: 07-17-2023

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 17 2023